# EXHIBIT G

| Claim 1 | |
|---------|---|
| **A Web-based management engine for a network entity, comprising:** | **HPE systems, for example, Aruba Mobility Controllers running ArubaOS (including the Aruba 7000 Series and 7200 Series controllers) and/or the controller in conjunction with Aruba access points, provide a Web-based management engine for a network entity (e.g., the Aruba Mobility Controllers and/or an Aruba access point). As shown below, the Aruba 7000 Mobility Controller's features are detailed in the ArubaOS datasheet.** |

DATA SHEET

ARUBA 7000 SERIES MOBILITY CONTROLLERS

Improved network performance, visibility, and control

Aruba 7000 Series Mobility Controllers enhance WLAN performance by centralizing all control functionality for individual Aruba access points (APs) to improve AP utilization, security, and client roaming. Ideally suited for midsize campuses and branches, the 7000 Series can be deployed using Zero Touch Provisioning (ZTP) to simplify deployment.



When deployed with Aruba Mobility Master, the 7000 Series can be joined to a controller cluster to increase scale, improve reliability using High Availability (HA), adopt configurations seamlessly based on hierarchy, support Live Upgrades to reduce maintenance windows, and share licenses from a global licensing pool. The 7000 Series also serves a key policy enforcement role in Aruba's 360 Secure Fabric. Aruba AirWave provides real-time monitoring, reporting and Wi-Fi planning and visibility services.

Learn more about the 7000 Series Mobility Controller features in the ArubaOS datasheet.

Source: Aruba 7000 Data Sheet, p. 1.

| Claim 1 | |
|---|---|
| **A Web-based management engine for a network entity, comprising:** | **Similar to the Aruba 7000 Series Mobility Controllers discussed in the previous slide, the Aruba 7200 Mobility Controllers' features are detailed in the ArubaOS datasheet, as shown below.**<br><br>DATA SHEET<br><br>ARUBA 7200 SERIES MOBILITY CONTROLLERS<br>Improved network performance, visibility, and control<br><br>Aruba 7200 Series Mobility Controllers enhance WLAN performance for high performance, high density enterprise requirements. The 7200 Series centralizes all control functionality for individual Aruba access points (APs) to improve AP utilization, security, and client roaming. Ideally suited for large campuses and high density environments, the 7200 Series can be deployed using Zero Touch Provisioning (ZTP) to simplify deployment. <br><br>When deployed with the Aruba Mobility Master, the 7200 Series can be joined to a controller cluster to increase scale, improve reliability using enhanced High Availability (HA), adopt configurations seamlessly based on hierarchy, support Live Upgrades to reduce maintenance windows and share licenses from a global licensing pool. The 7200 Series also serves a key, policy enforcement role in Aruba's 360 Secure Fabric. For network management, Aruba AirWave provides real-time monitoring, reporting and Wi-Fi location services.<br><br>Learn more about the 7200 Series Mobility Controller features in the ArubaOS datasheet.<br><br>Source: Aruba 7200 Data Sheet, pp. 1-2. |

| Claim 1 | |
|---|---|
| **A Web-based management engine for a network entity, comprising:** | **The systems utilize a Web-based management interface (the "WebUI") to manage network entities (e.g., Aruba controllers and/or Aruba controller-managed access points).** |

### Fundamentals

Mobility Master can be accessed through three different interfaces for maximum visibility and functionality:

- WebUI on page 28
- CLI on page 28
- JSON APIs on page 30

#### WebUI

Mobility Master supports up to 320 simultaneous WebUI connections. The WebUI is accessible through a standard Web browser from a remote management console or workstation. The WebUI includes configuration tasks. The tasks are:

- Provision New APs— Campus AP or Remote AP configuration.
- Create a New WLAN— Create and configure new WLAN(s) and associate with an AP group.
- Define WIP Policy— Define WIP policies and assign to AP groups.
- Bulk Configuration Upload— The Bulk Edit template (in Excel sheet) on the managed device allows you to specify the static IP assignment for individual managed devices.
- Upgrade Controllers— Upgrade the managed devices.
- Reboot Controllers— Reboot the managed devices.
- Show Upgrade Status— Display the upgrade status of the managed devices.

In addition to the tasks, the WebUI includes a dashboard that provides enhanced visibility into your wireless network's performance and usage. This allows you to easily locate and diagnose WLAN issues. For details on the WebUI Dashboard, see Dashboard Monitoring.

Source: ArubaOS User Guide, p. 28.

| Claim 1 | |
|---|---|
| A Web-based management engine for a network entity, comprising: | The Aruba Controller utilizes a Web-based management interface (the "WebUI") to manage the Aruba Controller and its managed access points, using the stand-alone controller topology or Aruba Mobility Master.<br><br>This section provides an overview on how to install the Mobility Master and managed devices.<br><br>The installation consists of the following steps:<br><br>1. Launch the WebUI or Console Setup Wizard to configure the managed device.<br>2. Connect the managed device to the wired network.<br>3. Configure the managed device to the Mobility Master. Either Mobility Master-Managed Device topology or stand-alone controller topology is supported.<br>4. If it is a stand-alone controller deployment, installing the Mobility Master is not required.<br>5. Install and connect your APs to the network.<br><br>**Installing the Managed Devices**<br><br>The WebUI Startup Wizard allows you to configure access to the managed device. The Startup Wizard is available the first time you connect to and log into the managed device or whenever the managed device is reset to its factory default configuration. The serial console setup dialog allows you to configure basic managed device settings through a serial port connection to the managed device.<br><br>After you complete the Startup Wizard or serial console setup procedure, the managed device reboots using the new configuration information you entered.<br><br>Source: ArubaOS Getting Started Guide, p. 7. |

| Claim 1 | |
|---|---|
| **A Web-based management engine for a network entity, comprising:** | **The controllers act as managed devices.**<br><br><br>Mobility Master (ArubaOS 8.x.x.x) uses a centralized, multi-tier architecture under a brand new UI that provides a clear separation between management, control, and forwarding functions. The entire configuration for both the Mobility Master and managed devices is set up from a centralized point, thereby simplifying and streamlining the configuration process. Mobility Master consolidates all-master, single master-multiple local, and multiple master-local deployments into a single deployment model.<br><br>Whereas, the architecture of ArubaOS 6.x and earlier versions consist of a flat configuration model containing global and local configurations. The global configurations are applied to the master controller which propagates those to its local controllers. The local configurations are applied to the master or the local controller directly.<br><br>Mobility Master takes the place of a master controller in the network hierarchy. Mobility Master oversees controllers that are co-located (on-premise local controllers or off-campus branch office local controllers). All the controllers that connect to Mobility Master act as managed devices.<br><br><br><br>Source: ArubaOS User Guide, p. 34. |

| Claim 1 | |
|---|---|
| **A Web-based management engine for a network entity, comprising:** | **Network entities that are configured to be managed by the Aruba controllers include the following examples:** |

| Access Points | Source |
|---|---|
| 500H SERIES | https://www.arubanetworks.com/assets/ds/DS_AP500HSeries.pdf |
| 303H SERIES | https://www.arubanetworks.com/assets/ds/DS_AP303H.pdf |
| 203H SERIES | https://www.arubanetworks.com/assets/ds/DS_AP203H.pdf |
| 203R SERIES | https://www.arubanetworks.com/assets/ds/DS_AP203R.pdf |
| 550 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP550Series.pdf |
| 530 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP530Series.pdf |
| 510 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP510Series.pdf |
| 500 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP500Series.pdf |
| 340 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP340Series.pdf |
| 330 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP330Series.pdf |
| 320 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP320Series.pdf |
| 310 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP310Series.pdf |
| 300 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP300Series.pdf |
| 303 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP303Series.pdf |
| 570 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP570Series.pdf |
| 570EX SERIES | https://www.arubanetworks.com/assets/ds/DS_AP570EXSeries.pdf |
| 518 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP518Series.pdf |
| 387 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP387.pdf |
| 370 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP370Series.pdf |
| 370EX SERIES | https://www.arubanetworks.com/assets/ds/DS_AP370EXSeries.pdf |
| 318 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP318Series.pdf |
| 360 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP360Series.pdf |
| 270 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP270Series.pdf |
| 228 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP228.pdf |

| Claim 1 | |
|---------|---|
| **an intelligent agent that obtains information about at least one operational parameter of the network entity and/or modifies the behavior of the network entity, the intelligent agent interacting with the network entity in accordance with a predetermined data structure;** | **The systems utilize an intelligent agent that is used to obtain information about at least one operational parameter of the network entity and/or modify its behavior. For example, the systems are managed via SNMP and thus include an SNMP agent, which is an intelligent agent.** |

| SNMP version | Specify if the managed device and AirWave server should communicate using SNMP v2 or SNMP v3. SNMP v3 communication between a managed device and an AirWave server use SHA authentication and AES encryption. |
|--------------|--------------|

Source: ArubaOS User Guide, p. 805.

| Claim 1 | |
|---|---|
| an intelligent agent that obtains information about at least one operational parameter of the network entity and/or modifies the behavior of the network entity, the intelligent agent interacting with the network entity in accordance with a predetermined data structure; | As shown below, the systems support SNMP configuration and monitoring.<br><br>**SNMP Parameters**<br>You can configure the following SNMP parameters.<br><br>**Table 183:** *SNMP Parameters*<br><br>| Field | Description |<br>|---|---|<br>| Host Name | Host name of the managed device. |<br>| System Contact | Name of the person who acts as the System Contact or administrator for the managed device. |<br>| System Location | String to describe the location of the managed device. |<br>| Read Community Strings | Community strings used to authenticate requests for SNMP versions before version 3.<br>**NOTE:** This is needed only if using SNMP v2c and is not needed if using version 3. |<br>| Enable Trap Generation | Enables generation of SNMP traps to configured SNMP trap receivers. Refer to the list of traps in the "SNMP traps" section below for a list of traps that are generated by the managed device. |<br>| Trap receivers | Host information about a trap receiver. This host needs to be running a trap receiver to receive and interpret the traps sent by the managed device. Configure the following for each host or trap receiver:<br>- IP address<br>- SNMP version: can be 1, 2c, or 3.<br>- Type: Trap or Inform (SNMPv2c or SNMPv3 only)<br>- Engine ID: (SNMPv3 only)<br>- Security string<br>- UDP port on which the trap receiver is listening for traps. The default is the UDP port number 162. This is optional, and will use the default port number if not modified by the user. |<br>| If you are using SNMPv3 to obtain values from the managed device, you can configure the following parameters: | |<br>| User name | A string representing the name of the user. |<br><br>Source: ArubaOS User Guide, p. 828. |

| Claim 1 | |
|---|---|
| an intelligent agent that obtains information about at least one operational parameter of the network entity and/or modifies the behavior of the network entity, the intelligent agent interacting with the network entity in accordance with a predetermined data structure; | As the systems support SNMP configuration and monitoring, they utilize an SNMP agent, which is an intelligent agent, as shown below. |

**Roles and Services**

The Aruba Controller supports role-based authentication. There are two roles in the module (as required by FIPS 140-2 Level 2) that operators may assume: a Crypto Officer role and a User role. The Administrator maps to the Crypto-Officer role and the client Users map to the User role.

**Crypto Officer Role**

The Crypto Officer role has the ability to configure, manage, and monitor the controller. Three management interfaces can be used for this purpose:

- SSHv2 CLI

  The Crypto Officer can use the CLI to perform non-security-sensitive and security-sensitive monitoring and configuration. The CLI can be accessed remotely by using the SSHv2 secured management session over the Ethernet ports or locally over the serial port. In FIPS mode, the serial port is disabled.

- Web Interface

  The Crypto Officer can use the Web Interface as an alternative to the CLI. The Web Interface provides a highly intuitive, graphical interface for a comprehensive set of controller management tools. The Web Interface can be accessed from a TLS-enabled Web browser using HTTPS (HTTP with Secure Socket Layer) on logical port 4343.

**Table 3** *Crypto-Officer Services*

| Service | Description |
|---|---|
| SSH v2.0 | Provide authenticated and encrypted remote management sessions while using the CLI |
| SNMPv3 | Provides ability to query management information |
| IKEv1/IKEv2-IPSec | Provide authenticated and encrypted remote management sessions to access the CLI functionality |
| Configuring Network Management | Create management Users and set their password and privilege level; configure the SNMP agent |

Source: Aruba Controller FIPS Guide, p. 10-11.

U.S. Patent No. 7,895,305

| Claim 1 | |
|---|---|
| an intelligent agent that obtains information about at least one operational parameter of the network entity and/or modifies the behavior of the network entity, the intelligent agent interacting with the network entity in accordance with a predetermined data structure; | Additionally, or alternatively, Aruba's controller-managed network entities, including Aruba wireless Access Points are configured to be managed using the controller. <br><br> You can use the WebUI or the CLI to create a new AP group. <br><br> **In the WebUI** <br> 1. In the **Managed Network** node hierarchy, select the managed device where the AP group are to be added. <br> 2. Navigate to the **Configuration > AP Groups** menu. <br> 3. Click **Add** below the AP Groups table. <br> 4. In the **New AP Groups** window, enter the AP group name in the **New AP groups** field. <br> 5. Click **Submit**. <br> 6. Click **Pending Changes**. <br> 7. In the **Pending Changes** window, select the check box and click **Deploy Changes**. <br><br> Source: ArubaOS User Guide, p. 509. |

10

| Claim 1 | |
|---|---|
| an intelligent agent that obtains information about at least one operational parameter of the network entity and/or modifies the behavior of the network entity, the intelligent agent interacting with the network entity in accordance with a predetermined data structure; | The controller-managed network entities are configured to be managed using SNMP. Thus, the entities include an SNMP agent, which is an intelligent agent.<br><br>**AP Profiles**<br><br>The AP profiles configure AP operation parameters, radio settings, port operations, regulatory domain, and SNMP information.<br><br>**Table 108:** *AP System Profile Configuration*<br><br>See table below.<br><br>Source: ArubaOS User Guide, p. 512, 545. |

**Table 108:** *AP System Profile Configuration*

| Parameter | Description |
|---|---|
| *General* **AP System Profile Settings** | |
| **RF Band** | For APs that support both 802.11a and 802.11b/g RF bands, specify the RF band in which the AP should operate:<br>■ g = 2.4 GHz<br>■ a = 5 GHz |
| **RF Band for AM Mode scanning** | For Air Monitors that support both 802.11a and 802.11b/g RF bands, specify the RF band which the AM should scan:<br>■ a = 5 GHz<br>■ all = both radio bands<br>■ g = 2.4 GHz |
| **Native VLAN ID** | Native VLAN for bridge mode virtual APs (frames on the native VLAN are not tagged with 802.1q tags). |
| **Session ACL** | Session ACL configured with the **ip access-list session** command. **NOTE:** This parameter requires the PEFNG license. |
| **Corporate DNS Domain** | Name of domain that is resolved by corporate DNS servers. Use this parameter when configuring split-tunnel forwarding. |
| **SNMP sysContact** | SNMP system contact information. |

| Claim 1 | |
|---|---|
| an intelligent agent that obtains information about at least one operational parameter of the network entity and/or modifies the behavior of the network entity, the intelligent agent interacting with the network entity in accordance with a predetermined data structure; | Network entities that are configured to be managed by the Aruba controllers include the following examples: |

Network entities that are configured to be managed by the Aruba controllers include the following examples:

| Access Points | Source |
|---|---|
| 500H SERIES | https://www.arubanetworks.com/assets/ds/DS_AP500HSeries.pdf |
| 303H SERIES | https://www.arubanetworks.com/assets/ds/DS_AP303H.pdf |
| 203H SERIES | https://www.arubanetworks.com/assets/ds/DS_AP203H.pdf |
| 203R SERIES | https://www.arubanetworks.com/assets/ds/DS_AP203R.pdf |
| 550 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP550Series.pdf |
| 530 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP530Series.pdf |
| 510 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP510Series.pdf |
| 500 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP500Series.pdf |
| 340 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP340Series.pdf |
| 330 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP330Series.pdf |
| 320 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP320Series.pdf |
| 310 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP310Series.pdf |
| 300 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP300Series.pdf |
| 303 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP303Series.pdf |
| 570 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP570Series.pdf |
| 570EX SERIES | https://www.arubanetworks.com/assets/ds/DS_AP570EXSeries.pdf |
| 518 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP518Series.pdf |
| 387 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP387.pdf |
| 370 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP370Series.pdf |
| 370EX SERIES | https://www.arubanetworks.com/assets/ds/DS_AP370EXSeries.pdf |
| 318 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP318Series.pdf |
| 360 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP360Series.pdf |
| 270 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP270Series.pdf |
| 228 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP228.pdf |

| Claim 1 | |
|---|---|
| an intelligent agent that obtains information about at least one operational parameter of the network entity and/or modifies the behavior of the network entity, the intelligent agent interacting with the network entity in accordance with a predetermined data structure; | The intelligent agent is used to obtain information about at least one operational parameter of the network entity and modify its behavior. For example, the SNMP agent uses the SNMP protocol for monitoring and management of the network entity (e.g., Aruba controllers and access points). In an SNMP based management system, an SNMP agent is present on a managed network entity to convey device data within the system. Further, the intelligent agent interacts with the network entity in accordance with a predetermined data structure, such data structured according to the management information base ("MIB") specifications of the SNMP protocol (i.e., "MIBs").

**SNMP Parameters**
You can configure the following SNMP parameters.

**Table 183:** *SNMP Parameters*

| Field | Description |
|---|---|
| Host Name | Host name of the managed device. |
| System Contact | Name of the person who acts as the System Contact or administrator for the managed device. |
| System Location | String to describe the location of the managed device. |
| Read Community Strings | Community strings used to authenticate requests for SNMP versions before version 3.<br>**NOTE:** This is needed only if using SNMP v2c and is not needed if using version 3. |
| Enable Trap Generation | Enables generation of SNMP traps to configured SNMP trap receivers. Refer to the list of traps in the "SNMP traps" section below for a list of traps that are generated by the managed device. |
| Trap receivers | Host information about a trap receiver. This host needs to be running a trap receiver to receive and interpret the traps sent by the managed device. Configure the following for each host or trap receiver:<br>■ IP address<br>■ SNMP version: can be 1, 2c, or 3.<br>■ Type: Trap or Inform (SNMPv2c or SNMPv3 only)<br>■ Engine ID: (SNMPv3 only)<br>■ Security string<br>■ UDP port on which the trap receiver is listening for traps. The default is the UDP port number 162. This is optional, and will use the default port number if not modified by the user. |

If you are using SNMPv3 to obtain values from the managed device, you can configure the following parameters:

| | |
|---|---|
| User name | A string representing the name of the user. |

Source: ArubaOS User Guide, p. 828. |

| Claim 1 | |
|---|---|
| an intelligent agent that obtains information about at least one operational parameter of the network entity and/or modifies the behavior of the network entity, the intelligent agent interacting with the network entity in accordance with a predetermined data structure; | **Below shows further examples of the system obtaining information from and/or modifying the behavior of a network entity.**<br><br>**In the WebUI**<br><br>1. In the **Managed Network** node hierarchy, navigate to the **Configuration > System > SNMP** page.<br>2. If the managed device will be sending SNMP traps, click + in the Trap Receivers section to add a trap receiver.<br>3. If you are using SNMPv3 to obtain values from the managed device, click + in the Users for SNMPv3 section to add a new SNMPv3 user.<br>4. Click **Submit**.<br>5. Click **Pending Changes**.<br>6. In the **Pending Changes** window, select the check box and click **Deploy changes**.<br><br>**Enabling Capacity Alerts**<br><br>Use the capacity alert feature to set managed device capacity thresholds which, when exceeded, will trigger alerts. The managed device will send a *wlsxThresholdExceeded* SNMP trap and a syslog error message when the managed device has exceeded a set percentage of the total capacity for that resource. A *wlsxThresholdCleared* SNMP trap and error message will be triggered if the resource usage drops below the threshold once again.<br><br>Source: ArubaOS User Guide, p. 829. |

| Claim 1 | |
|---|---|
| an intelligent agent that obtains information about at least one operational parameter of the network entity and/or modifies the behavior of the network entity, the intelligent agent interacting with the network entity in accordance with a predetermined data structure; | The intelligent agent interacts with the network entity in accordance with a predetermined data structure (e.g., a MIB data structure).<br><br>NOTE: Aruba-specific MIBs describe the objects that can be managed using SNMP.<br><br>**SNMP Parameters**<br>You can configure the following SNMP parameters.<br><br><br>Source: ArubaOS User Guide, p. 828. |

| Claim 1 | |
|---------|--|
| **a data store storing data relating to a procedure for managing the at least one operational parameter of the network entity;** | **The controllers utilize a data store (e.g., memory) storing data relating to a procedure for managing the at least one operational parameter of the network (for example, in the form of MIBs).** |

**1. SELECT THE APPROPRIATE 7240 CHASSIS**

| Part Number | Description |
|-------------|-------------|
| JW783A | Aruba 7240XM (RW) 4p 10GBase-X (SFP+) 2p Dual Pers (10/100/1000BASE-T or SFP) Controller |
| JW784A | Aruba 7240XM (US) 4p 10GBase-X (SFP+) 2p Dual Pers (10/100/1000BASE-T or SFP) Controller |
| JW786A | Aruba 7240XM (IL) 4p 10GBase-X (SFP+) 2p Dual Pers (10/100/1000BASE-T or SFP) Controller |
| JW785A | Aruba 7240XM (JP) 4p 10GBase-X (SFP+) 2p Dual Pers (10/100/1000BASE-T or SFP) Controller |
| JY854A | Aruba 7240XM (EG) 4x 10GBase-x SFP/SFP+ Controller |
| JW829A | Aruba 7240XM (RW) FIPS/TAA 16GB DRAM 4p 10GBase-X (SFP+) 2p Dual (10/100/1000BASE-T or SFP) Cntrlr |
| JW830A | Aruba 7240XM (US) FIPS/TAA 16GB DRAM 4p 10GBase-X (SFP+) 2p Dual (10/100/1000BASE-T or SFP) Cntrlr |
| JW831A | Aruba 7240XM (JP) FIPS/TAA 16GB DRAM 4p 10GBase-X (SFP+) 2p Dual (10/100/1000BASE-T or SFP) Cntrlr |
| JW832A | Aruba 7240XM (IL) FIPS/TAA 16GB DRAM 4p 10GBase-X (SFP+) 2p Dual (10/100/1000BASE-T or SFP) Cntrlr |
| JW674A | Aruba 7240XMDC (RW) 16GB DRAM 4p 10GBase-X/SFP+ 2p Dual Pers (10/100/1000 or SFP) DC Pwr Cntrlr |
| JW675A | Aruba 7240XMDC (US) 16GB DRAM 4p 10GBase-X/SFP+ 2p Dual Pers (10/100/1000 or SFP) DC Pwr Cntrlr |
| JW677A | Aruba 7240XMDC (IL) 16GB DRAM 4p 10GBase-X/SFP+ 2p Dual Pers (10/100/1000 or SFP) DC Pwr Cntrlr |
| JW676A | Aruba 7240XMDC (JP) 16GB DRAM 4p 10GBase-X/SFP+ 2p Dual Pers (10/100/1000 or SFP) DC Pwr Cntrlr |

Source: Aruba Controller Ordering Guide, p. 6

| Claim 1 | |
|---|---|
| **a data store storing data relating to a procedure for managing the at least one operational parameter of the network entity;** | **The excerpts below show example MIB data stored in the data store.**<br><br>NOTE  Aruba-specific MIBs describe the objects that can be managed using SNMP.<br><br>**SNMP Parameters**<br>You can configure the following SNMP parameters.<br><br><br><br>Source: ArubaOS User Guide, p. 828. |

17

| Claim 1 | |
|---|---|
| a Web server that provides an interactive environment to manage the at least one operational parameter of the network entity, and | The systems utilize a Web server (e.g. a server hosting the software used for the web interface) that provides an interactive environment (e.g. the web interface presented to a user through a web browser) to manage the at least one operational parameter of the network entity (e.g., enabling/disabling SNMP or configuring other SNMP-related settings).<br><br>**Fundamentals**<br>Mobility Master can be accessed through three different interfaces for maximum visibility and functionality:<br>■ WebUI on page 28<br>■ CLI on page 28<br>■ JSON APIs on page 30<br>**WebUI**<br>Mobility Master supports up to 320 simultaneous WebUI connections. The WebUI is accessible through a standard Web browser from a remote management console or workstation. The WebUI includes configuration tasks. The tasks are:<br>■ Provision New APs— Campus AP or Remote AP configuration.<br>■ Create a New WLAN— Create and configure new WLAN(s) and associate with an AP group.<br>■ Define WIP Policy— Define WIP policies and assign to AP groups.<br>■ Bulk Configuration Upload— The Bulk Edit template (in Excel sheet) on the managed device allows you to specify the static IP assignment for individual managed devices.<br>■ Upgrade Controllers— Upgrade the managed devices.<br>■ Reboot Controllers— Reboot the managed devices.<br>■ Show Upgrade Status— Display the upgrade status of the managed devices.<br>In addition to the tasks, the WebUI includes a dashboard that provides enhanced visibility into your wireless network's performance and usage. This allows you to easily locate and diagnose WLAN issues. For details on the WebUI Dashboard, see Dashboard Monitoring.<br><br>Source: ArubaOS User Guide, p. 28. |

U.S. Patent No. 7,895,305

| Claim 1 | |
|---|---|
| a Web server that provides an interactive environment to manage the at least one operational parameter of the network entity, and | As an example, the Web server provides the interactive environment shown below to manage the at least one operational parameter of the network entity.<br><br><br><br>Source: https://www.youtube.com/watch?v=vsfCnkBC590 |

19

| Claim 1 | |
|---|---|
| **a Web server that provides an interactive environment to manage the at least one operational parameter of the network entity, and** | **Shown below is yet another example of an interactive environment provided by the Web server.**<br><br><br><br>Source: https://www.youtube.com/watch?v=vsfCnkBC590 |

| Claim 1 | |
|---|---|
| an interface that communicates values of the at least one operational parameter between the Web server and the intelligent agent in accordance with the predetermined data structure, | The systems utilize an interface that communicates values of the at least one operation parameter between the Web server (e.g., the server hosting the web interface) and the intelligent agent (e.g., the SNMP agent) with a predetermined data structure (e.g. data structures utilized in an SNMP management system such as MIBs).<br><br>**SNMP Parameters**<br>You can configure the following SNMP parameters.<br><br>**Table 183:** *SNMP Parameters*<br><br>| Field | Description |<br>|---|---|<br>| Host Name | Host name of the managed device. |<br>| System Contact | Name of the person who acts as the System Contact or administrator for the managed device. |<br>| System Location | String to describe the location of the managed device. |<br>| Read Community Strings | Community strings used to authenticate requests for SNMP versions before version 3.<br>**NOTE:** This is needed only if using SNMP v2c and is not needed if using version 3. |<br>| Enable Trap Generation | Enables generation of SNMP traps to configured SNMP trap receivers. Refer to the list of traps in the "SNMP traps" section below for a list of traps that are generated by the managed device. |<br>| Trap receivers | Host information about a trap receiver. This host needs to be running a trap receiver to receive and interpret the traps sent by the managed device. Configure the following for each host or trap receiver:<br>■ IP address<br>■ SNMP version: can be 1, 2c, or 3.<br>■ Type: Trap or Inform (SNMPv2c or SNMPv3 only)<br>■ Engine ID: (SNMPv3 only)<br>■ Security string<br>■ UDP port on which the trap receiver is listening for traps. The default is the UDP port number 162. This is optional, and will use the default port number if not modified by the user. |<br><br>If you are using SNMPv3 to obtain values from the managed device, you can configure the following parameters:<br><br>| User name | A string representing the name of the user. |<br><br>Source: ArubaOS User Guide, p. 828. |

| Claim 1 | |
|---|---|
| an interface that communicates values of the at least one operational parameter between the Web server and the intelligent agent in accordance with the predetermined data structure, | The interface communicates values of the at least one operational parameter between the Web server (e.g., the server hosting the web interface) and the intelligent agent (e.g., the SNMP agent) with a predetermined data structure (e.g. data structures utilized in an SNMP management system such as MIBs). For example, the interface communicates values related to configuration settings of the controller.<br><br>Follow the steps below to configure basic SNMP parameters.<br><br>**In the WebUI**<br>1. In the **Managed Network** node hierarchy, navigate to the **Configuration > System > SNMP** page.<br>2. If the managed device will be sending SNMP traps, click + in the Trap Receivers section to add a trap receiver.<br>3. If you are using SNMPv3 to obtain values from the managed device, click + in the Users for SNMPv3 section to add a new SNMPv3 user.<br>4. Click **Submit**.<br>5. Click **Pending Changes**.<br>6. In the **Pending Changes** window, select the check box and click **Deploy changes**.<br><br>Source: ArubaOS User Guide, p. 829. |

22

| Claim 1 | |
|---|---|
| an interface that communicates values of the at least one operational parameter between the Web server and the intelligent agent in accordance with the predetermined data structure, | The systems utilize a predetermined data structure (e.g., MIB structure) for communicating values of at least one operational parameter between the Web server and the intelligent agent.<br><br>NOTE: Aruba-specific MIBs describe the objects that can be managed using SNMP.<br><br>**SNMP Parameters**<br>You can configure the following SNMP parameters.<br><br>Source: ArubaOS User Guide, p. 828. |

| Claim 1 | |
|---------|---|
| wherein the Web server provides the interactive environment using the Web pages generated by a Web page generator, the Web page generator that generates a set of linked Web pages in response to a request to carry out a procedure, wherein each Web page of the set of linked Web pages being based upon the data stored in the data store and corresponding to at least one step in the procedure to manage the at least one operational parameter of the network entity, | **The systems utilize a web server (e.g. the server that host the web interface) which provides the interactive environment using web pages (e.g. the user interface is presented via a web browser using web pages) generated by a web page generator.**<br><br>**Fundamentals**<br><br>Mobility Master can be accessed through three different interfaces for maximum visibility and functionality:<br><br>■ WebUI on page 28<br>■ CLI on page 28<br>■ JSON APIs on page 30<br><br>**WebUI**<br><br>Mobility Master supports up to 320 simultaneous WebUI connections. The WebUI is accessible through a standard Web browser from a remote management console or workstation. The WebUI includes configuration tasks. The tasks are:<br><br>■ Provision New APs— Campus AP or Remote AP configuration.<br>■ Create a New WLAN— Create and configure new WLAN(s) and associate with an AP group.<br>■ Define WIP Policy— Define WIP policies and assign to AP groups.<br>■ Bulk Configuration Upload— The Bulk Edit template (in Excel sheet) on the managed device allows you to specify the static IP assignment for individual managed devices.<br>■ Upgrade Controllers— Upgrade the managed devices.<br>■ Reboot Controllers— Reboot the managed devices.<br>■ Show Upgrade Status— Display the upgrade status of the managed devices.<br><br>In addition to the tasks, the WebUI includes a dashboard that provides enhanced visibility into your wireless network's performance and usage. This allows you to easily locate and diagnose WLAN issues. For details on the WebUI Dashboard, see Dashboard Monitoring.<br><br>Source: ArubaOS User Guide, p. 28. |

24

| Claim 1 | |
|---|---|
| **wherein the Web server provides the interactive environment using the Web pages generated by a Web page generator, the Web page generator that generates a set of linked Web pages in response to a request to carry out a procedure, wherein each Web page of the set of linked Web pages being based upon the data stored in the data store and corresponding to at least one step in the procedure to manage the at least one operational parameter of the network entity,** | **Below is another example of an interactive environment generated by a Web page generator.**<br><br><br><br>Source: https://www.youtube.com/watch?v=vsfCnkBC590 |

| Claim 1 | |
|---|---|
| **wherein the Web server provides the interactive environment using the Web pages generated by a Web page generator, the Web page generator that generates a set of linked Web pages in response to a request to carry out a procedure, wherein each Web page of the set of linked Web pages being based upon the data stored in the data store and corresponding to at least one step in the procedure to manage the at least one operational parameter of the network entity,** | **The web page generator generates a set of linked webpages (e.g. the web pages to be sent to a user's browser) in response to a request to carry out a procedure (e.g. a user's request to obtain data or manage/configure a device). Each web page of the set of linked web pages is based upon data stored in the data store (e.g. menu's and configuration data displayed in the interface for a particular device will be based on device data stored in a data store such as an MIB) and corresponds to at least one step in the procedure to manage the at least one operation parameter of the network entity (e.g. the webpage is tied to management or configuration functions).** <br><br>  <br> Source: https://www.youtube.com/watch?v=vsfCnkBC590 |

| Claim 1 | |
|---|---|
| **wherein the interface uses the stored data relating to a procedure for managing the at least one operational parameter of the network entity to generate a determination result indicating whether information retrieved using a form provided on the set of linked Web pages conforms to a rule relating to the procedure to manage the at least one operational parameter of the network entity, and** | **The interface uses the stored data (e.g. data in a MIB) relating to a procedure for managing the at least one operation parameter of the network entity (e.g. configuring or initiating an SNMP based command) to generate a determination result indicating whether information retrieved using a form provided on the set of linked web pages conforms to a rule relating to the procedure to manage the at least one operation parameter or the network entity. For example, when the information does not conform to a rule, the web interface may display an error message or generate an error routine.** <br><br> If you manually configure the user name and password, note the following: <br> ■ User name entries support alphanumeric characters, however the percent sign (%) and trailing the back slash are not allowed. <br> ■ Passwords must have a minimum of six characters. You can use special characters for the password. <br><br> **In the WebUI** <br> To configure an ANQP domain name profile from the WebUI: <br> 1. In the **Mobility Master** node hierarchy, navigate to **Configuration > System > Profiles**. <br> 2. In the **All Profiles** table, expand **Wireless LAN**. <br> 3. Expand **ANQP Domain Name**. <br> 4. Select an existing profile from the list of profiles or create a new profile by clicking **+**. <br> 5. In the **Domain Name** field, enter the domain name of the hotspot operator. Ensure that the alphanumeric text string is 255 characters or less. <br> 6. Click **Save**. <br><br><br><br> Source: ArubaOS User Guide, p. 841, 873. |

| Claim 1 | |
|---|---|
| wherein the interface communicates values to the intelligent agent based on the information retrieved from the form in response to the determination result indicating conformance. | The interface communicates values (e.g., values associated configuring SNMP-related settings) to the intelligent agent (e.g., the SNMP agent) based on the information retrieved from the form (e.g., information input via the web management interface) in response to the determination result indicating conformance (e.g. after confirming that any user input conforms to any rules, the data inputted will be communicated to an SNMP agent on the device for further processing). If the information has been entered correctly (i.e. "in conformance"), an error message may not appear, allowing communication of the values. As an example, the interface communicates the values after indicating conformance by, e.g., making the "Save" button available. |

If you manually configure the user name and password, note the following:

- User name entries support alphanumeric characters, however the percent sign (%) and trailing the back slash are not allowed.
- Passwords must have a minimum of six characters. You can use special characters for the password.

**In the WebUI**

To configure an ANQP domain name profile from the WebUI:

1. In the **Mobility Master** node hierarchy, navigate to **Configuration > System > Profiles**.
2. In the **All Profiles** table, expand **Wireless LAN**.
3. Expand **ANQP Domain Name**.
4. Select an existing profile from the list of profiles or create a new profile by clicking **+**.
5. In the **Domain Name** field, enter the domain name of the hotspot operator. Ensure that the alphanumeric text string is 255 characters or less.
6. Click **Save**.

Source: ArubaOS User Guide, p. 841, 873.

| Claim 8 | |
|---|---|
| A Web-based management system comprising a Web-based management engine comprising: | HPE systems, for example, Aruba Mobility Controllers running ArubaOS (including the Aruba 7000 Series and 7200 Series controllers) and/or the controller in conjunction with Aruba access points, provide a Web-based management engine for a network entity (e.g., the Aruba Mobility Controllers and/or an Aruba access point). As shown below, the Aruba 7000 Mobility Controller's features are detailed in the ArubaOS datasheet.<br><br>**DATA SHEET**<br>**ARUBA 7000 SERIES MOBILITY CONTROLLERS**<br>Improved network performance, visibility, and control<br><br>Aruba 7000 Series Mobility Controllers enhance WLAN performance by centralizing all control functionality for individual Aruba access points (APs) to improve AP utilization, security, and client roaming. Ideally suited for midsize campuses and branches, the 7000 Series can be deployed using Zero Touch Provisioning (ZTP) to simplify deployment.<br><br>When deployed with Aruba Mobility Master, the 7000 Series can be joined to a controller cluster to increase scale, improve reliability using High Availability (HA), adopt configurations seamlessly based on hierarchy, support Live Upgrades to reduce maintenance windows, and share licenses from a global licensing pool. The 7000 Series also serves a key policy enforcement role in Aruba's 360 Secure Fabric. Aruba AirWave provides real-time monitoring, reporting and Wi-Fi planning and visibility services.<br><br>Learn more about the 7000 Series Mobility Controller features in the ArubaOS datasheet.<br><br>Source: Aruba 7000 Data Sheet, p. 1. |

| Claim 8 | |
|---|---|
| **A Web-based management system comprising a Web-based management engine comprising:** | **Similar to the Aruba 7000 Series Mobility Controllers discussed in the previous slide, the Aruba 7200 Mobility Controllers' features are detailed in the ArubaOS datasheet, as shown below.**<br><br><br><br>DATA SHEET<br><br>ARUBA 7200 SERIES MOBILITY CONTROLLERS<br>Improved network performance, visibility, and control<br><br>Aruba 7200 Series Mobility Controllers enhance WLAN performance for high performance, high density enterprise requirements. The 7200 Series centralizes all control functionality for individual Aruba access points (APs) to improve AP utilization, security, and client roaming. Ideally suited for large campuses and high density environments, the 7200 Series can be deployed using Zero Touch Provisioning (ZTP) to simplify deployment.<br><br>When deployed with the Aruba Mobility Master, the 7200 Series can be joined to a controller cluster to increase scale, improve reliability using enhanced High Availability (HA), adopt configurations seamlessly based on hierarchy, support Live Upgrades to reduce maintenance windows and share licenses from a global licensing pool. The 7200 Series also serves a key, policy enforcement role in Aruba's 360 Secure Fabric. For network management, Aruba AirWave provides real-time monitoring, reporting and Wi-Fi location services.<br><br>Learn more about the 7200 Series Mobility Controller features in the ArubaOS datasheet.<br><br>Source: Aruba 7200 Data Sheet, pp. 1-2. |

| Claim 8 | |
|---|---|
| **A Web-based management system comprising a Web-based management engine comprising:** | **The systems utilize a Web-based management interface (the "WebUI") to manage network entities (e.g., Aruba controllers and/or Aruba controller-managed access points).** |

### Fundamentals

Mobility Master can be accessed through three different interfaces for maximum visibility and functionality:

- WebUI on page 28
- CLI on page 28
- JSON APIs on page 30

#### WebUI

Mobility Master supports up to 320 simultaneous WebUI connections. The WebUI is accessible through a standard Web browser from a remote management console or workstation. The WebUI includes configuration tasks. The tasks are:

- Provision New APs— Campus AP or Remote AP configuration.
- Create a New WLAN— Create and configure new WLAN(s) and associate with an AP group.
- Define WIP Policy— Define WIP policies and assign to AP groups.
- Bulk Configuration Upload— The Bulk Edit template (in Excel sheet) on the managed device allows you to specify the static IP assignment for individual managed devices.
- Upgrade Controllers— Upgrade the managed devices.
- Reboot Controllers— Reboot the managed devices.
- Show Upgrade Status— Display the upgrade status of the managed devices.

In addition to the tasks, the WebUI includes a dashboard that provides enhanced visibility into your wireless network's performance and usage. This allows you to easily locate and diagnose WLAN issues. For details on the WebUI Dashboard, see Dashboard Monitoring.

Source: ArubaOS User Guide, p. 28.

| Claim 8 | |
|---|---|
| A Web-based management system comprising a Web-based management engine comprising: | The Aruba Controller utilizes a Web-based management interface (the "WebUI") to manage the Aruba Controller and its managed access points, using the stand-alone controller topology or Aruba Mobility Master.<br><br>This section provides an overview on how to install the Mobility Master and managed devices.<br><br>The installation consists of the following steps:<br><br>1. Launch the WebUI or Console Setup Wizard to configure the managed device.<br>2. Connect the managed device to the wired network.<br>3. Configure the managed device to the Mobility Master. Either Mobility Master-Managed Device topology or stand-alone controller topology is supported.<br>4. If it is a stand-alone controller deployment, installing the Mobility Master is not required.<br>5. Install and connect your APs to the network.<br><br>**Installing the Managed Devices**<br><br>The WebUI Startup Wizard allows you to configure access to the managed device. The Startup Wizard is available the first time you connect to and log into the managed device or whenever the managed device is reset to its factory default configuration. The serial console setup dialog allows you to configure basic managed device settings through a serial port connection to the managed device.<br><br>After you complete the Startup Wizard or serial console setup procedure, the managed device reboots using the new configuration information you entered.<br><br>Source: ArubaOS Getting Started Guide, p. 7. |

| Claim 8 | |
|---|---|
| **A Web-based management system comprising a Web-based management engine comprising:** | **The controllers act as managed devices.** |
| | Mobility Master (ArubaOS 8.x.x.x) uses a centralized, multi-tier architecture under a brand new UI that provides a clear separation between management, control, and forwarding functions. The entire configuration for both the Mobility Master and managed devices is set up from a centralized point, thereby simplifying and streamlining the configuration process. Mobility Master consolidates all-master, single master-multiple local, and multiple master-local deployments into a single deployment model. |
| | Whereas, the architecture of ArubaOS 6.x and earlier versions consist of a flat configuration model containing global and local configurations. The global configurations are applied to the master controller which propagates those to its local controllers. The local configurations are applied to the master or the local controller directly. |
| | Mobility Master takes the place of a master controller in the network hierarchy. Mobility Master oversees controllers that are co-located (on-premise local controllers or off-campus branch office local controllers). All the controllers that connect to Mobility Master act as managed devices. |
| | Source: ArubaOS User Guide, p. 34. |

| Claim 8 | |
|---|---|
| **A Web-based management system comprising a Web-based management engine comprising:** | **Network entities that are configured to be managed by the Aruba controllers include the following examples:** |

| Access Points | Source |
|---|---|
| 500H SERIES | https://www.arubanetworks.com/assets/ds/DS_AP500HSeries.pdf |
| 303H SERIES | https://www.arubanetworks.com/assets/ds/DS_AP303H.pdf |
| 203H SERIES | https://www.arubanetworks.com/assets/ds/DS_AP203H.pdf |
| 203R SERIES | https://www.arubanetworks.com/assets/ds/DS_AP203R.pdf |
| 550 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP550Series.pdf |
| 530 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP530Series.pdf |
| 510 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP510Series.pdf |
| 500 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP500Series.pdf |
| 340 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP340Series.pdf |
| 330 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP330Series.pdf |
| 320 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP320Series.pdf |
| 310 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP310Series.pdf |
| 300 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP300Series.pdf |
| 303 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP303Series.pdf |
| 570 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP570Series.pdf |
| 570EX SERIES | https://www.arubanetworks.com/assets/ds/DS_AP570EXSeries.pdf |
| 518 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP518Series.pdf |
| 387 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP387.pdf |
| 370 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP370Series.pdf |
| 370EX SERIES | https://www.arubanetworks.com/assets/ds/DS_AP370EXSeries.pdf |
| 318 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP318Series.pdf |
| 360 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP360Series.pdf |
| 270 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP270Series.pdf |
| 228 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP228.pdf |

| Claim 8 | |
|---|---|
| an intelligent agent that obtains information about at least one operational parameter of the network entity and/or modifies the behavior of the network entity, the intelligent agent interacting with the network entity in accordance with a predetermined data structure; | The systems utilize an intelligent agent that is used to obtain information about at least one operational parameter of the network entity and/or modify its behavior. For example, the systems are managed via SNMP and thus include an SNMP agent, which is an intelligent agent. |

| SNMP version | Specify if the managed device and AirWave server should communicate using SNMP v2 or SNMP v3. SNMP v3 communication between a managed device and an AirWave server use SHA authentication and AES encryption. |
|---|---|

Source: ArubaOS User Guide, p. 805.

| Claim 8 | |
|---|---|
| an intelligent agent that obtains information about at least one operational parameter of the network entity and/or modifies the behavior of the network entity, the intelligent agent interacting with the network entity in accordance with a predetermined data structure; | As shown below, the systems support SNMP configuration and monitoring.<br><br>**SNMP Parameters**<br>You can configure the following SNMP parameters.<br><br>**Table 183:** *SNMP Parameters*<br><br>| Field | Description |<br>|---|---|<br>| Host Name | Host name of the managed device. |<br>| System Contact | Name of the person who acts as the System Contact or administrator for the managed device. |<br>| System Location | String to describe the location of the managed device. |<br>| Read Community Strings | Community strings used to authenticate requests for SNMP versions before version 3.<br>**NOTE:** This is needed only if using SNMP v2c and is not needed if using version 3. |<br>| Enable Trap Generation | Enables generation of SNMP traps to configured SNMP trap receivers. Refer to the list of traps in the "SNMP traps" section below for a list of traps that are generated by the managed device. |<br>| Trap receivers | Host information about a trap receiver. This host needs to be running a trap receiver to receive and interpret the traps sent by the managed device. Configure the following for each host or trap receiver:<br>■ IP address<br>■ SNMP version: can be 1, 2c, or 3.<br>■ Type: Trap or Inform (SNMPv2c or SNMPv3 only)<br>■ Engine ID: (SNMPv3 only)<br>■ Security string<br>■ UDP port on which the trap receiver is listening for traps. The default is the UDP port number 162. This is optional, and will use the default port number if not modified by the user. |<br>| | If you are using SNMPv3 to obtain values from the managed device, you can configure the following parameters: |<br>| User name | A string representing the name of the user. |<br><br>Source: ArubaOS User Guide, p. 828. |

| Claim 8 | |
|---|---|
| an intelligent agent that obtains information about at least one operational parameter of the network entity and/or modifies the behavior of the network entity, the intelligent agent interacting with the network entity in accordance with a predetermined data structure; | **As the systems support SNMP configuration and monitoring, they utilize an SNMP agent, which is an intelligent agent, as shown below.**<br><br>**Roles and Services**<br>The Aruba Controller supports role-based authentication. There are two roles in the module (as required by FIPS 140-2 Level 2) that operators may assume: a Crypto Officer role and a User role. The Administrator maps to the Crypto-Officer role and the client Users map to the User role.<br><br>**Crypto Officer Role**<br>The Crypto Officer role has the ability to configure, manage, and monitor the controller. Three management interfaces can be used for this purpose:<br>• SSHv2 CLI<br>The Crypto Officer can use the CLI to perform non-security-sensitive and security-sensitive monitoring and configuration. The CLI can be accessed remotely by using the SSHv2 secured management session over the Ethernet ports or locally over the serial port. In FIPS mode, the serial port is disabled.<br>• Web Interface<br>The Crypto Officer can use the Web Interface as an alternative to the CLI. The Web Interface provides a highly intuitive, graphical interface for a comprehensive set of controller management tools. The Web Interface can be accessed from a TLS-enabled Web browser using HTTPS (HTTP with Secure Socket Layer) on logical port 4343.<br><br>**Table 3** Crypto-Officer Services<br><br>| Service | Description |<br>|---|---|<br>| SSH v2.0 | Provide authenticated and encrypted remote management sessions while using the CLI |<br>| SNMPv3 | Provides ability to query management information |<br>| IKEv1/IKEv2-IPSec | Provide authenticated and encrypted remote management sessions to access the CLI functionality |<br>| Configuring Network Management | Create management Users and set their password and privilege level; configure the SNMP agent |<br><br>Source: Aruba Controller FIPS Guide, p. 10-11. |

| Claim 8 | |
|---|---|
| an intelligent agent that obtains information about at least one operational parameter of the network entity and/or modifies the behavior of the network entity, the intelligent agent interacting with the network entity in accordance with a predetermined data structure; | Additionally, or alternatively, Aruba's controller-managed network entities, including Aruba wireless Access Points are configured to be managed using the controller.<br><br>You can use the WebUI or the CLI to create a new AP group.<br><br>**In the WebUI**<br>1. In the **Managed Network** node hierarchy, select the managed device where the AP group are to be added.<br>2. Navigate to the **Configuration > AP Groups** menu.<br>3. Click **Add** below the AP Groups table.<br>4. In the **New AP Groups** window, enter the AP group name in the **New AP groups** field.<br>5. Click **Submit**.<br>6. Click **Pending Changes**.<br>7. In the **Pending Changes** window, select the check box and click **Deploy Changes**.<br><br>Source: ArubaOS User Guide, p. 509. |

38

| Claim 8 | |
|---|---|
| an intelligent agent that obtains information about at least one operational parameter of the network entity and/or modifies the behavior of the network entity, the intelligent agent interacting with the network entity in accordance with a predetermined data structure; | The controller-managed network entities are configured to be managed using SNMP. Thus, the entities include an SNMP agent, which is an intelligent agent. |

**AP Profiles**

The AP profiles configure AP operation parameters, radio settings, port operations, regulatory domain, and SNMP information.

**Table 108:** *AP System Profile Configuration*

| Parameter | Description |
|---|---|
| *General* **AP System Profile Settings** | |
| **RF Band** | For APs that support both 802.11a and 802.11b/g RF bands, specify the RF band in which the AP should operate:<br>■ g = 2.4 GHz<br>■ a = 5 GHz |
| **RF Band for AM Mode scanning** | For Air Monitors that support both 802.11a and 802.11b/g RF bands, specify the RF band which the AM should scan:<br>■ a = 5 GHz<br>■ all = both radio bands<br>■ g = 2.4 GHz |
| **Native VLAN ID** | Native VLAN for bridge mode virtual APs (frames on the native VLAN are not tagged with 802.1q tags). |
| **Session ACL** | Session ACL configured with the **ip access-list session** command. **NOTE:** This parameter requires the PEFNG license. |
| **Corporate DNS Domain** | Name of domain that is resolved by corporate DNS servers. Use this parameter when configuring split-tunnel forwarding. |
| **SNMP sysContact** | SNMP system contact information. |

Source: ArubaOS User Guide, p. 512, 545.

| Claim 8 | |
|---|---|
| an intelligent agent that obtains information about at least one operational parameter of the network entity and/or modifies the behavior of the network entity, the intelligent agent interacting with the network entity in accordance with a predetermined data structure; | Network entities that are configured to be managed by the Aruba controllers include the following examples: |

| Access Points | Source |
|---|---|
| 500H SERIES | https://www.arubanetworks.com/assets/ds/DS_AP500HSeries.pdf |
| 303H SERIES | https://www.arubanetworks.com/assets/ds/DS_AP303H.pdf |
| 203H SERIES | https://www.arubanetworks.com/assets/ds/DS_AP203H.pdf |
| 203R SERIES | https://www.arubanetworks.com/assets/ds/DS_AP203R.pdf |
| 550 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP550Series.pdf |
| 530 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP530Series.pdf |
| 510 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP510Series.pdf |
| 500 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP500Series.pdf |
| 340 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP340Series.pdf |
| 330 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP330Series.pdf |
| 320 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP320Series.pdf |
| 310 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP310Series.pdf |
| 300 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP300Series.pdf |
| 303 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP303Series.pdf |
| 570 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP570Series.pdf |
| 570EX SERIES | https://www.arubanetworks.com/assets/ds/DS_AP570EXSeries.pdf |
| 518 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP518Series.pdf |
| 387 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP387.pdf |
| 370 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP370Series.pdf |
| 370EX SERIES | https://www.arubanetworks.com/assets/ds/DS_AP370EXSeries.pdf |
| 318 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP318Series.pdf |
| 360 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP360Series.pdf |
| 270 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP270Series.pdf |
| 228 SERIES | https://www.arubanetworks.com/assets/ds/DS_AP228.pdf |

| Claim 8 | |
|---|---|
| an intelligent agent that obtains information about at least one operational parameter of the network entity and/or modifies the behavior of the network entity, the intelligent agent interacting with the network entity in accordance with a predetermined data structure; | The intelligent agent is used to obtain information about at least one operational parameter of the network entity and modify its behavior. For example, the SNMP agent uses the SNMP protocol for monitoring and management of the network entity (e.g., Aruba controllers and access points). In an SNMP based management system, an SNMP agent is present on a managed network entity to convey device data within the system. Further, the intelligent agent interacts with the network entity in accordance with a predetermined data structure, such data structured according to the management information base ("MIB") specifications of the SNMP protocol (i.e., "MIBs").<br><br><br><br>Source: ArubaOS User Guide, p. 828. |

| Claim 8 | |
|---------|---|
| an intelligent agent that obtains information about at least one operational parameter of the network entity and/or modifies the behavior of the network entity, the intelligent agent interacting with the network entity in accordance with a predetermined data structure; | **Below shows further examples of the system obtaining information from and/or modifying the behavior of a network entity.**<br><br>**In the WebUI**<br>1. In the **Managed Network** node hierarchy, navigate to the **Configuration > System > SNMP** page.<br>2. If the managed device will be sending SNMP traps, click + in the Trap Receivers section to add a trap receiver.<br>3. If you are using SNMPv3 to obtain values from the managed device, click + in the Users for SNMPv3 section to add a new SNMPv3 user.<br>4. Click **Submit**.<br>5. Click **Pending Changes**.<br>6. In the **Pending Changes** window, select the check box and click **Deploy changes**.<br><br>**Enabling Capacity Alerts**<br>Use the capacity alert feature to set managed device capacity thresholds which, when exceeded, will trigger alerts. The managed device will send a *wlsxThresholdExceeded* SNMP trap and a syslog error message when the managed device has exceeded a set percentage of the total capacity for that resource. A *wlsxThresholdCleared* SNMP trap and error message will be triggered if the resource usage drops below the threshold once again.<br><br>Source: ArubaOS User Guide, p. 829. |

| Claim 8 | |
| --- | --- |
| an intelligent agent that obtains information about at least one operational parameter of the network entity and/or modifies the behavior of the network entity, the intelligent agent interacting with the network entity in accordance with a predetermined data structure; | The intelligent agent interacts with the network entity in accordance with a predetermined data structure (e.g., a MIB data structure).<br><br>NOTE Aruba-specific MIBs describe the objects that can be managed using SNMP.<br><br>**SNMP Parameters**<br>You can configure the following SNMP parameters.<br><br>Source: ArubaOS User Guide, p. 828. |

| Claim 8 | |
|---|---|
| **a data store storing data relating to a procedure for managing the at least one operational parameter of the network entity;** | **The controllers utilize a data store (e.g., memory) storing data relating to a procedure for managing the at least one operational parameter of the network (for example, in the form of MIBs).** |

**1. SELECT THE APPROPRIATE 7240 CHASSIS**

| Part Number | Description |
|---|---|
| JW783A | Aruba 7240XM (RW) 4p 10GBase-X (SFP+) 2p Dual Pers (10/100/1000BASE-T or SFP) Controller |
| JW784A | Aruba 7240XM (US) 4p 10GBase-X (SFP+) 2p Dual Pers (10/100/1000BASE-T or SFP) Controller |
| JW786A | Aruba 7240XM (IL) 4p 10GBase-X (SFP+) 2p Dual Pers (10/100/1000BASE-T or SFP) Controller |
| JW785A | Aruba 7240XM (JP) 4p 10GBase-X (SFP+) 2p Dual Pers (10/100/1000BASE-T or SFP) Controller |
| JY854A | Aruba 7240XM (EG) 4x 10GBase-x SFP/SFP+ Controller |
| JW829A | Aruba 7240XM (RW) FIPS/TAA 16GB DRAM 4p 10GBase-X (SFP+) 2p Dual (10/100/1000BASE-T or SFP) Cntrlr |
| JW830A | Aruba 7240XM (US) FIPS/TAA 16GB DRAM 4p 10GBase-X (SFP+) 2p Dual (10/100/1000BASE-T or SFP) Cntrlr |
| JW831A | Aruba 7240XM (JP) FIPS/TAA 16GB DRAM 4p 10GBase-X (SFP+) 2p Dual (10/100/1000BASE-T or SFP) Cntrlr |
| JW832A | Aruba 7240XM (IL) FIPS/TAA 16GB DRAM 4p 10GBase-X (SFP+) 2p Dual (10/100/1000BASE-T or SFP) Cntrlr |
| JW674A | Aruba 7240XMDC (RW) 16GB DRAM 4p 10GBase-X/SFP+ 2p Dual Pers (10/100/1000 or SFP) DC Pwr Cntrlr |
| JW675A | Aruba 7240XMDC (US) 16GB DRAM 4p 10GBase-X/SFP+ 2p Dual Pers (10/100/1000 or SFP) DC Pwr Cntrlr |
| JW677A | Aruba 7240XMDC (IL) 16GB DRAM 4p 10GBase-X/SFP+ 2p Dual Pers (10/100/1000 or SFP) DC Pwr Cntrlr |
| JW676A | Aruba 7240XMDC (JP) 16GB DRAM 4p 10GBase-X/SFP+ 2p Dual Pers (10/100/1000 or SFP) DC Pwr Cntrlr |

Source: Aruba Controller Ordering Guide, p. 6

| Claim 8 | |
|---|---|
| a data store storing data relating to a procedure for managing the at least one operational parameter of the network entity; | The excerpts below show example MIB data stored in the data store.<br><br>NOTE<br><br>Aruba-specific MIBs describe the objects that can be managed using SNMP.<br><br>**SNMP Parameters**<br><br>You can configure the following SNMP parameters.<br><br><br><br>Source: ArubaOS User Guide, p. 828. |

45

| Claim 8 | |
|---|---|
| a Web server that provides an interactive environment to manage the at least one operational parameter of the network entity, and | The systems utilize a Web server (e.g. a server hosting the software used for the web interface) that provides an interactive environment (e.g. the web interface presented to a user through a web browser) to manage the at least one operational parameter of the network entity (e.g., enabling/disabling SNMP or configuring other SNMP-related settings). |
| | **Fundamentals**<br>Mobility Master can be accessed through three different interfaces for maximum visibility and functionality:<br><br>■ WebUI on page 28<br>■ CLI on page 28<br>■ JSON APIs on page 30<br><br>**WebUI**<br>Mobility Master supports up to 320 simultaneous WebUI connections. The WebUI is accessible through a standard Web browser from a remote management console or workstation. The WebUI includes configuration tasks. The tasks are:<br><br>■ Provision New APs— Campus AP or Remote AP configuration.<br>■ Create a New WLAN— Create and configure new WLAN(s) and associate with an AP group.<br>■ Define WIP Policy— Define WIP policies and assign to AP groups.<br>■ Bulk Configuration Upload— The Bulk Edit template (in Excel sheet) on the managed device allows you to specify the static IP assignment for individual managed devices.<br>■ Upgrade Controllers— Upgrade the managed devices.<br>■ Reboot Controllers— Reboot the managed devices.<br>■ Show Upgrade Status— Display the upgrade status of the managed devices.<br><br>In addition to the tasks, the WebUI includes a dashboard that provides enhanced visibility into your wireless network's performance and usage. This allows you to easily locate and diagnose WLAN issues. For details on the WebUI Dashboard, see Dashboard Monitoring. |
| | Source: ArubaOS User Guide, p. 28. |

| Claim 8 | |
|---|---|
| **a Web server that provides an interactive environment to manage the at least one operational parameter of the network entity, and** | **As an example, the Web server provides the interactive environment shown below to manage the at least one operational parameter of the network entity.**<br><br><br><br>Source: https://www.youtube.com/watch?v=vsfCnkBC590 |

| Claim 8 | |
|---|---|
| **a Web server that provides an interactive environment to manage the at least one operational parameter of the network entity, and** | **Shown below is yet another example of an interactive environment provided by the Web server.**<br><br><br><br>Source: https://www.youtube.com/watch?v=vsfCnkBC590 |

| Claim 8 | |
|---|---|
| an interface that communicates values of the at least one operational parameter between the Web server and the intelligent agent in accordance with the predetermined data structure, | The systems utilize an interface that communicates values of the at least one operation parameter between the Web server (e.g., the server hosting the web interface) and the intelligent agent (e.g., the SNMP agent) with a predetermined data structure (e.g. data structures utilized in an SNMP management system such as MIBs).<br><br><br><br>Source: ArubaOS User Guide, p. 828. |

| Claim 8 | |
|---|---|
| an interface that communicates values of the at least one operational parameter between the Web server and the intelligent agent in accordance with the predetermined data structure, | The interface communicates values of the at least one operational parameter between the Web server (e.g., the server hosting the web interface) and the intelligent agent (e.g., the SNMP agent) with a predetermined data structure (e.g. data structures utilized in an SNMP management system such as MIBs). For example, the interface communicates values related to configuration settings of the controller.<br><br>Follow the steps below to configure basic SNMP parameters.<br><br>**In the WebUI**<br>1. In the **Managed Network** node hierarchy, navigate to the **Configuration > System > SNMP** page.<br>2. If the managed device will be sending SNMP traps, click + in the Trap Receivers section to add a trap receiver.<br>3. If you are using SNMPv3 to obtain values from the managed device, click + in the Users for SNMPv3 section to add a new SNMPv3 user.<br>4. Click **Submit**.<br>5. Click **Pending Changes**.<br>6. In the **Pending Changes** window, select the check box and click **Deploy changes**.<br><br>Source: ArubaOS User Guide, p. 829. |

U.S. Patent No. 7,895,305

| Claim 8 | |
| --- | --- |
| **an interface that communicates values of the at least one operational parameter between the Web server and the intelligent agent in accordance with the predetermined data structure,** | **The systems utilize a predetermined data structure (e.g., MIB structure) for communicating values of at least one operational parameter between the Web server and the intelligent agent.**<br><br>Aruba-specific MIBs describe the objects that can be managed using SNMP.<br><br>**SNMP Parameters**<br>You can configure the following SNMP parameters.<br><br>Source: ArubaOS User Guide, p. 828. |

| Claim 8 | |
|---------|---|
| **wherein the Web server provides the interactive environment using the Web pages generated by a Web page generator, the Web page generator generating a set of linked Web pages in response to a request to carry out a procedure, wherein each Web page of the set of linked Web pages being based upon the data stored in the data store and corresponding to at least one step in the procedure to manage the at least one operational parameter of the network entity, and** | **The systems utilize a web server (e.g. the server that host the web interface) which provides the interactive environment using web pages (e.g. the user interface is presented via a web browser using web pages) generated by a web page generator.** <br><br> ### Fundamentals <br><br> Mobility Master can be accessed through three different interfaces for maximum visibility and functionality: <br><br> ■ WebUI on page 28 <br> ■ CLI on page 28 <br> ■ JSON APIs on page 30 <br><br> **WebUI** <br><br> Mobility Master supports up to 320 simultaneous WebUI connections. The WebUI is accessible through a standard Web browser from a remote management console or workstation. The WebUI includes configuration tasks. The tasks are: <br><br> ■ Provision New APs— Campus AP or Remote AP configuration. <br> ■ Create a New WLAN— Create and configure new WLAN(s) and associate with an AP group. <br> ■ Define WIP Policy— Define WIP policies and assign to AP groups. <br> ■ Bulk Configuration Upload— The Bulk Edit template (in Excel sheet) on the managed device allows you to specify the static IP assignment for individual managed devices. <br> ■ Upgrade Controllers— Upgrade the managed devices. <br> ■ Reboot Controllers— Reboot the managed devices. <br> ■ Show Upgrade Status— Display the upgrade status of the managed devices. <br><br> In addition to the tasks, the WebUI includes a dashboard that provides enhanced visibility into your wireless network's performance and usage. This allows you to easily locate and diagnose WLAN issues. For details on the WebUI Dashboard, see Dashboard Monitoring. <br><br> Source: ArubaOS User Guide, p. 28. |

| Claim 8 | |
|---|---|
| **wherein the Web server provides the interactive environment using the Web pages generated by a Web page generator, the Web page generator generating a set of linked Web pages in response to a request to carry out a procedure, wherein each Web page of the set of linked Web pages being based upon the data stored in the data store and corresponding to at least one step in the procedure to manage the at least one operational parameter of the network entity, and** | Below is another example of an interactive environment generated by a Web page generator.<br><br><br><br>Source: https://www.youtube.com/watch?v=vsfCnkBC590 |

| Claim 8 | |
|---|---|
| **wherein the Web server provides the interactive environment using the Web pages generated by a Web page generator, the Web page generator generating a set of linked Web pages in response to a request to carry out a procedure, wherein each Web page of the set of linked Web pages being based upon the data stored in the data store and corresponding to at least one step in the procedure to manage the at least one operational parameter of the network entity, and** | **The web page generator generates a set of linked webpages (e.g. the web pages to be sent to a user's browser) in response to a request to carry out a procedure (e.g. a user's request to obtain data or manage/configure a device). Each web page of the set of linked web pages is based upon data stored in the data store (e.g. menu's and configuration data displayed in the interface for a particular device will be based on device data stored in a data store such as an MIB) and corresponds to at least one step in the procedure to manage the at least one operation parameter of the network entity (e.g. the webpage is tied to management or configuration functions).**  Source: https://www.youtube.com/watch?v=vsfCnkBC590 |

| Claim 8 | |
|---|---|
| **wherein the interface uses the stored data relating to the procedure for managing the at least one operational parameter of the network entity to generate a determination result indicating whether values to be communicated to the intelligent agent from the Web server conform to a rule relating to the procedure for managing the at least one operational parameter of the network entity, and** | **The interface uses the stored data (e.g. data in a MIB) relating to the procedure for managing the at least one operation parameter of the network entity (e.g. configuring or initiating an SNMP based command)  to generate a determination result indicating whether values to be communicated to the intelligent agent from the Web server conform to a rule relating to the procedure to manage the at least one operation parameter or the network entity. For example, when the information does not conform to a rule, the web interface may display an error message or generate an error routine.** |

If you manually configure the user name and password, note the following:

- User name entries support alphanumeric characters, however the percent sign (%) and trailing the back slash are not allowed.
- Passwords must have a minimum of six characters. You can use special characters for the password.

**In the WebUI**

To configure an ANQP domain name profile from the WebUI:

1. In the **Mobility Master** node hierarchy, navigate to **Configuration > System > Profiles**.
2. In the **All Profiles** table, expand **Wireless LAN**.
3. Expand **ANQP Domain Name**.
4. Select an existing profile from the list of profiles or create a new profile by clicking **+**.
5. In the **Domain Name** field, enter the domain name of the hotspot operator. Ensure that the alphanumeric text string is 255 characters or less.
6. Click **Save**.

Source: ArubaOS User Guide, p. 841, 873.

U.S. Patent No. 7,895,305

| Claim 8 | |
|---|---|
| wherein the interface communicates values from the Web server to the intelligent agent in response to the determination result indicating conformance. | The interface communicates values (e.g., values associated configuring SNMP-related settings) from the Web server to the intelligent agent (e.g., the SNMP agent) in response to the determination result indicating conformance (e.g. after confirming that any user input conforms to any rules, the data inputted will be communicated to an SNMP agent on the device for further processing). If the information has been entered correctly (i.e. "in conformance"), an error message may not appear, allowing communication of the values. As an example, the interface communicates the values after indicating conformance by, e.g., making the "Save" button available. |

If you manually configure the user name and password, note the following:

- User name entries support alphanumeric characters, however the percent sign (%) and trailing the back slash are not allowed.
- Passwords must have a minimum of six characters. You can use special characters for the password.

**In the WebUI**

To configure an ANQP domain name profile from the WebUI:

1. In the **Mobility Master** node hierarchy, navigate to **Configuration > System > Profiles**.
2. In the **All Profiles** table, expand **Wireless LAN**.
3. Expand **ANQP Domain Name**.
4. Select an existing profile from the list of profiles or create a new profile by clicking **+**.
5. In the **Domain Name** field, enter the domain name of the hotspot operator. Ensure that the alphanumeric text string is 255 characters or less.
6. Click **Save**.

Source: ArubaOS User Guide, p. 841, 873.