IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Q3 NETWORKING LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 20-1265-RGA |
| HEWLETT PACKARD ENTERPRISE CO. and ARUBA NETWORKS, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO STAY

WHEREAS, Defendants Hewlett Packard Enterprise Co. and Aruba Networks, Inc. have moved the Court to stay this action until International Trade Commission ("ITC") Inv. No. 337-TA-1227 becomes final.

WHEREAS, a stay is required as to the asserted patents pursuant to 28 U.S.C. § 1659; and

WHEREAS, Plaintiff does not oppose Defendants' motion to stay this action;

IT IS HEREBY ORDERED THAT:

1. This action is stayed pending final resolution of all claims and defenses before the ITC in Inv. No. 337-TA-1227, including any initial and final determinations of the Administrative Law Judge, the International Trade Commission, and appeals therefrom; and

2. Following the expiration of the stay, the parties shall confer with each other and contact the Court for purposes of entry of a Scheduling Order.

SO ORDERED this 10 day of November 2020.

/s/ Richard G. Andrews
United States District Judge