IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Q3 NETWORKING, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 20-1265-RGA |
| | : | |
| HEWLETT PACKARD ENTERPRISE CO., et al., | : | |
| | : | |
| Defendants. | : | |

**O R D E R**

WHEREAS, the above-captioned case was stayed on November 10, 2020, due to litigation that is presently pending International Trade Commission "ITC" (see D.I. 11);

NOW THEREFORE, IT IS HEREBY ORDERED that, the above-captioned case is **ADMINISTRATIVELY CLOSED**. The parties shall promptly notify the Court when the "ITC" litigation has been resolved so this case may be reopened and other appropriate action may be taken.

November 10, 2020              /s/ Richard G. Andrews
   DATE                         UNITED STATES DISTRICT JUDGE